| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____    Chapter   11 |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  EEHF 18, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA Sunrise Bakery and Coffee Shop

**3. Debtor's federal Employer Identification Number (EIN)**  93-4351174

**4. Debtor's address**

**Principal place of business**
506 Bolton Street
New Bedford, MA 02740
Number, Street, City, State & ZIP Code

Bristol
County

**Mailing address, if different from principal place of business**
_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  https://sunrisebakerynewbedford.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **EEHF 18, Inc.**  Case number (*if known*) _____
      Name

## 7. Describe debtor's business

**A.** *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B.** *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

## 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

## 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

## 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor  **EEHF 18, Inc.** _____  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor __EEHF 18, Inc._____     Case number (*if known*)_____
      Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 15, 2025__
              MM / DD / YYYY

**X** /s/  Richard M. Freeman                              Richard M. Freeman
Signature of authorized representative of debtor            Printed name

Title  __President__

**18. Signature of attorney**

**X** /s/ John Sommerstein                                  Date __June 15, 2025__
Signature of attorney for debtor                                  MM / DD / YYYY

John Sommerstein 555521
Printed name

John F. Sommerstein
Firm name

1091 Washington Street
Gloucester, MA 01930
Number, Street, City, State & ZIP Code

Contact phone  (617) 523-7474        Email address  jfsommer@aol.com

555521 MA
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

Debtor ___EEHF 18, Inc._____ Case number (if known) _____
      Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 3, 2025___
              MM / DD / YYYY

X _/s/ Rich_____     Richard M. Freeman
  Signature of authorized representative of debtor       Printed name

Title   President

**18. Signature of attorney**

X _/s/ John Sommerstein_____     Date   June 3, 2025
  Signature of attorney for debtor                                  MM / DD / YYYY

John Sommerstein 555521
Printed name

John F. Sommerstein
Firm name

1091 Washington Street
Gloucester, MA 01930
Number, Street, City, State & ZIP Code

Contact phone   (617) 523-7474      Email address   jfsommer@aol.com

555521 MA
Bar number and State

## OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re    EEHF 18, Inc.                                         Case No.
                         Debtor(s)                             Chapter    7

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I [We]    Richard M. Freeman, President of EEHF 18, Inc.   , **hereby declare(s) under penalty of perjury** that all of the information contained in the petition, schedules, statemnts, affidavit(s) and Plan(s) (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:    June 2, 2025

Signed:    _____
           Richard M. Freeman
           (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:    June 2, 2025    Signed:    _____
                                     John Sommerstein 555521
                                     John F. Sommerstein
                                     1091 Washington Street
                                     Gloucester, MA 01930
                                     (617) 523-7474
                                     jfsommer@aol.com
                                     Attorney for Affiant

## **CERTIFICATE OF VOTE**

The undersigned is the Clerk of EEHF 18, Inc. ("The Company") a Massachusetts corporation. On June 2, 2025, the following votes were recorded at a meeting of the corporation, notice being duly waived, and a quorum being present:

VOTED:

That Richard M. Freeman be, and hereby is authorized to cause the Company to file a voluntary petition seeking relief under Chapter 11 of Title 11, U. S. Code, and to take all steps required to complete a reorganization of the corporation under that chapter, or any other section of the Bankruptcy Code.

FURTHER VOTED:

That Richard M. Freeman is hereby authorized to (i) prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) cause the Company to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the Bankruptcy Code, (iv) take such steps on behalf of the Company as may be necessary or appropriate to the Company's reorganization effort, including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, postpetition financing, the assumption or rejection of executory contracts and unexpired leases, and the sale or other disposition of property other than in the ordinary course of business, (v) negotiate, prepare and propose to creditors such plan of reorganization as the Authorized Officer may deem to be feasible and in the best interests of the Company, (vi) file any pleading appropriate or necessary for the Company to seek relief under any other chapter of the Bankruptcy Code, and (vii) execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including, to the extent applicable, the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote.

FURTHER VOTED:

That John F. Sommerstein of Gloucester, Massachusetts, is hereby retained as legal counsel to represent the corporation in all phases of proceedings under the Bankruptcy Code and that the Company compensate such counsel for his services at his hourly rates in effect at the time such services are rendered, and to reimburse such counsel for his disbursements and for such expense as counsel customarily bills to his clients and that Authorized Officer is hereby authorized to enter into such agreements as may be necessary to effect such retention.

FURTHER VOTED:

That the Authorized Officer be, and hereby is, authorized and empowered on behalf of and in the name of the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper or desirable.

Dated this 2nd day of June 2025.

_____
Richard M. Freeman

Fill in this information to identify the case:

Debtor name: EEHF 18, Inc.
United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Express<br>PO Box 981535<br>El Paso, TX 79998 | | | | | | $38,978.00 |
| Best Solutions<br>735 NW 12th Ave<br>Miami, FL 33136 | | staffing agency | | | | $37,000.00 |
| Chase<br>Mail Code LA4-7200<br>700 Kansas Lane<br>Monroe, LA 71203 | | | | | | $24,000.00 |
| Dawn Food Products Inc<br>30 Knox Dr<br>Piscataway, NJ 08854 | | | | | | $11,310.00 |
| Eastern Bank<br>PO Box 391<br>Lynn, MA 01903 | | | | | | $13,939.00 |
| Encore Fire Protection<br>70 Bacon St<br>West Kingston, RI 02892 | | | | | | $12,311.00 |
| Eversource<br>247 Station Drive<br>Westwood, MA 02090 | | | | | | $20,623.00 |
| Finish Line Plumbing & Heating<br>329 S. 2nd St<br>New Bedford, MA 02740 | | | | | | $19,280.00 |
| Genco Realty Trust<br>651 Orchard St<br>Suite 200<br>New Bedford, MA 02744 | | rent arrears | | | | $17,055.00 |

Debtor  EEHF 18, Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Gordon Food Service<br>630 John Hancock Road<br>Taunton, MA 02780 | | | | | | $22,000.00 |
| J&M Bakeries, LLC<br>19 Country Club Blvd<br>North Dartmouth, MA 02747 | | | | $460,000.00 | $0.00 | $460,000.00 |
| Legend Funding<br>800 Brickell Ave<br>Suite 902<br>Miami, FL 33151 | | | | $154,666.00 | $0.00 | $154,666.00 |
| M&T Bank<br>PO Box 62986<br>Baltimore, MD 21264 | | loan | | | | $50,770.00 |
| Manny Amaral<br>19 Country Club Boulevard,<br>South Dartmouth, MA 02748 | | loan | | | | $20,000.00 |
| Nitro Advance, Inc.<br>1178 Broadway<br>Suite 3458<br>New York, NY 10001 | | | | | | $28,000.00 |
| Parkview Advance<br>600 Summer ST<br>Stamford, CT 06901 | | | | $57,950.00 | $0.00 | $57,950.00 |
| Quick Funding<br>600 Summer Street<br>Stamford, CT 06901 | | | | $52,000.00 | $0.00 | $52,000.00 |
| The Fundworks, LLC<br>299 South Main St<br>Suite 1300 PMB 93894<br>Salt Lake City, UT 84111 | | | | | | $62,000.00 |
| Town of Braintree<br>Tax Collectors Office<br>1 JFK memorial Dr,<br>Braintree, MA 02184 | | | | | | $13,353.00 |
| UNITED FIRST, LLC<br>2999 NE 191st St<br>Unit 901<br>Miami, FL 33180 | | | | | | $11,000.00 |

American Express
PO Box 981535
El Paso, TX 79998

Arrudas Farm
408 Stafford Rd #1
Tiverton, RI 02878

Best Solutions
735 NW 12th Ave
Miami, FL 33136

Capital One
PO Box 30285
Salt Lake City, UT 84130

Chase
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

Citibank
PO Box 6500
Sioux Falls, SD 57117

City of New Bedford
133 William Street, Rooms 101-104
New Bedford, MA 02740

Corp Service Co.
PO BOX 2576
Springfield, IL 62708

Corp Service Co.
PO Box 2576
Springfield, IL 62703

Couto's Realty Inv. Co.
169 Main Street
Stoneham, MA 02180

Ct Corporation
330 N. Brand Blvd
Suite 700
Glendale, CA 91203

Dawn Food Products Inc
30 Knox Dr
Piscataway, NJ 08854

Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204

Discover Financial Services
PO Box 30943
Salt Lake City, UT 84130


Eastern Bank
PO Box 391
Lynn, MA 01903


Encore Fire Protection
70 Bacon St
West Kingston, RI 02892


Eversource
247 Station Drive
Westwood, MA 02090


Finish Line Plumbing & Heating
329 S. 2nd St
New Bedford, MA 02740


Genco Realty Trust
651 Orchard St
Suite 200
New Bedford, MA 02744


Gordon Food Service
630 John Hancock Road
Taunton, MA 02780


Henry Gonsalves
35 Thurber Blvd
Marshfield, MA 02050


Hogan Brothers Coffee Roaster
82 herbert St
Framingham, MA 01702


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J Moniz Co.
91 Wordell St
Fall River, MA 02721


J&M Bakeries, LLC
19 Country Club Blvd
North Dartmouth, MA 02747


JP Imports Inc.
51 Butler St.
New Bedford, MA 02740

```
Legend Funding
800 Brickell Ave
Suite 902
Miami, FL 33151


LUSITANO FOOD PRODUCTS LLC
44 Coffin Ave
New Bedford, MA 02746


M&T Bank
PO Box 62986
Baltimore, MD 21264


Manny Amaral
19 Country Club Boulevard,
South Dartmouth, MA 02748


Mello's Chourico & Linguica
63 N. Court St.
Fall River, MA 02720


MICHAELS PROVISION
317 lindsey St.
Fall River, MA 02720


Nitro Advance, Inc.
1178 Broadway
Suite 3458
New York, NY 10001


Parkview Advance
600 Summer ST
Stamford, CT 06901


Quick Funding
600 Summer Street
Stamford, CT 06901


The Fundworks, LLC
299 South Main St
Suite 1300 PMB 93894
Salt Lake City, UT 84111


THE HENRY GONSALVES
35 Thurber Blvd
Marshfield, MA 02050


Town of Braintree
Tax Collectors Office
1 JFK memorial Dr,
Braintree, MA 02184


Town of Dartmouth
400 Slocum Road
Room 213
North Dartmouth, MA 02747
```

```
UNITED FIRST, LLC
2999 NE 191st St
Unit 901
Miami, FL 33180


Williams Quinn & O'Leary, LLC
651 Orchard Street
Suite 200
New Bedford, MA 02744
```

# United States Bankruptcy Court
## District of Massachusetts

In re: EEHF 18, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   EEHF 18, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Richard M. Freeman
234 Valley Path
Marshfield, MA 02050

☐ None [*Check if applicable*]

June 15, 2025
Date

/s/ John Sommerstein
John Sommerstein 555521
Signature of Attorney or Litigant
Counsel for   EEHF 18, Inc.
John F. Sommerstein
1091 Washington Street
Gloucester, MA 01930
(617) 523-7474  Fax:(617) 523-7474
jfsommer@aol.com